# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>**EDWARD LOUIS EHLERT**<br><br>_Defendant_ | )<br>)<br>)  Case No. 3:25-mj-00540-KFR<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 27, 2025 , at or near  Anchorage  in the _____ District of  Alaska , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

☒ See attached affidavit.

_Complainant's signature_

SA Wendy Terry, FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephonically sworn to, and electronically signed.  · _(specify reliable electronic means)_

Date: August 29, 2025

_Judge's signature_

City and state:  Anchorage, Alaska        Hon. Kyle F. Reardon, U.S. Magistrate Judge
_Printed name and title_