IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDWARD LOUIS EHLERT,

Defendant.

No. 3:25-mj-00540-KFR

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Wendy Terry, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation.

2.      I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that EDWARD LOUIS EHLERT has committed the following federal criminal offense: 18 U.S.C. § 2242(b) (Attempted Coercion and Enticement of a Minor).

3.      The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge of the crimes; communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited

Aug 29. 2025

purposes of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me during this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached complaint.

4.     I have been a Special Agent with the Federal Bureau of Investigation (FBI) since June 2014. Since that time, I have been assigned investigative responsibilities in the areas of crimes against children, human trafficking, violent gangs and criminal enterprises investigations in the FBI Anchorage Field Office, where I am currently assigned. The Anchorage Field Office is located within the District of Alaska. During this assignment, I have focused on child pornography, kidnapping, human trafficking, drug, violent gang, criminal enterprises, and felon in possession of a weapon investigations. I have been involved in cases pertaining to the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes and criminal enterprises.

## FACTS ESTABLISHING PROBABLE CAUSE

5.     For the reasons stated herein, I submit that there is probable cause to arrest EDWARD EHLERT (DOB: 01/09/1992) (hereinafter the "SUBJECT") for violating 18 U.S.C. § 18 U.S.C. § 2242(b) Attempted Coercion and Enticement of a Minor. This probable cause is based on the following:

//

Aug 29. 2025

*U.S. v. Ehlert*
3:25-mj-00540-KFR                    Page 2 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 2 of 24

6.    On August 27, 2025, an agent of the Office of Special Investigations with the Air Force acting in an undercover capacity as a 14-year-old female (MINOR) received a response to a publicly available message on a social media application (APP1).

7.    The username "Diplomatic badass", later identified as the SUBJECT, chatted with the OCE. During the course of this chat, the SUBJECT asked the MINOR to send sexually explicit content (none was sent by MINOR), asked the MINOR to meet in person, and discussed the potential for sexual interactions during an in-person meet. The MINOR told the SUBJECT early in the chat how old she was. The SUBJECT continued to chat with the MINOR and asked to move to another social media application (APP2). Some examples of these chats are detailed below[1]:

//

//

//                                                              Aug 29, 2025

//

//

//

//

//

//

//

---

[1] Some photos are blurry, but still legible.



//

//

//

//

//

//

Aug 29, 2025



//

*U.S. v. Ehlert*
3:25-mj-00540-KFR                    Page 5 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 5 of 24

Aug 29, 2025



//



*U.S. v. Ehlert*
3:25-mj-00540-KFR      Page 6 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 6 of 24

8.     On August 27, 2025, the SUBJECT "Extravagant playboy" started chatting with the

MINOR on APP2, stated, "Want to meet up tonight?" "Hey there. Fuck you look to good

baby." The MINOR replied, "Oh myyyyyy."



9. The SUBJECT sent a picture of his erect penis, stating, "Did you open the pic? I'd love to let you enjoy every inch of it. Can I see more of you?" The MINOR responded, "What do you want to see?" The SUBJECT said, "I'd love to see you naked."



*U.S. v. Ehlert*
3:25-mj-00540-KFR          Page 8 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 8 of 24

Aug 29, 2025

10.     The SUBJECT continued, "Honestly I want to see all of you. But definitely tits."

The MINOR said, "oh so u like tits more then." The MINOR explained her concern for

sharing pictures and did not want the SUBJECT to share them. The SUBJECT replied,

"I won't send them to anyone. I promise. Plus I'm pretty sure we're wanting to meet up in

person today right? Would you feel better if we video chat on here first?"



*U.S. v. Ehlert*
3:25-mj-00540-KFR                    Page 9 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 9 of 24

Aug 29. 2025

11. The SUBECT continued chats with the MINOR expressing a desire to meet in person for a full body massage and exploring her body with his hands and tongue.



*U.S. v. Ehlert*
3:25-mj-00540-KFR          Page 10 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 10 of 24

Aug 29. 2025



*U.S. v. Ehlert*
3:25-mj-00540-KFR          Page 11 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 11 of 24

Aug 29, 2025



*U.S. v. Ehlert*
3:25-mj-00540-KFR          Page 12 of 24          Aug 29, 2025
Case 3:25-mj-00540-KFR    Document 1-1    Filed 09/02/25    Page 12 of 24

12.     The SUBECT continued to call and attempt to video chat with the MINOR. The SUBECT wanted to hear her voice and know if she was real. The SUBJECT said, "You're like very intelligent and aware for a 14 year old I gotta say. It's very impressive. Ru down to send anything like that? And you're down to have sex with an older guy? Like you're down to suck my cock?"



Aug 29, 2025

*U.S. v. Ehlert*
3:25-mj-00540-KFR                    Page 13 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 13 of 24





Aug 29. 2025

//

*U.S. v. Ehlert*
3:25-mj-00540-KFR                    Page 15 of 24
        Case 3:25-mj-00540-KFR      Document 1-1      Filed 09/02/25      Page 15 of 24

13.    The SUBJECT asked for more pictures of the MINOR for verification. Note, during the use of APP1 when a user sends a picture the application defaults to a self-destruct mode. The OCE captured the original evidence via video recording.

14.    The SUBJECT shared his phone number (712-787-9512) with the MINOR to continue chatting. The SUBJECT texted the MINOR confirming it was him for APP2. The SUBJECT called the MINOR again to hear her voice. The SUBJECT asked if he should come over, then called the MINOR to hear her voice. The SUBJECT said, "I'm willing to meet if you video chat on APP2." When SUBJECT began talking to MINOR on APP2, he identified himself as "Ed". The MINOR spoke with the SUBJECT over the phone.

//

//                                                                    Aug 29, 2025

//

//

//

//

//

//

//

//

//

//

*U.S. v. Ehlert*
3:25-mj-00540-KFR                    Page 16 of 24



Aug 29. 2025



3:10

← (712) 789-9512

Do you want to come to my place or me to yours?

Also what is your name?

hey yea I'm Ariel btw lol

Dang that's really pretty

And you're really fucking hot

Why did you take a screen shot?

I def didn't

If I did that's my b I hate androids ughhhh

Haha no worries, I feel like the app is a little weird

ur smile is unreal

Haha well thank you

When do you want to hann?

I feel like we should be ......ing out and

⊕ RCS message





*U.S. v. Ehlert*
3:25-mj-00540-KFR          Page 20 of 24
Case 3:25-mj-00540-KFR    Document 1-1    Filed 09/02/25    Page 20 of 24





**3:11** 📶 4G

← 😊 (712) 789-9512 📞 📷 ⋮

Looking for? I mean same as u prob

Well I got here a few months ago from Hickman bc my dad is af n my mom is a nurse at the hospital

dad is gone for awhile ne way

n mom works nights sooo

So should I come over?

well that sounds amazing but mom doesn't leave until 530 6 for her shift

wdywd?

jus bc I feel so much better knowing and what to prep for 🐱

Should I come over at 6 then?

And how do I know you're real?

Can we video call or call?

o↓ so sry mom still here

⊕ RCS message 😊 🔲 🎤


Aug 29, 2025

*U.S. v. Ehlert*
3:25-mj-00540-KFR     Page 22 of 24
Case 3:25-mj-00540-KFR    Document 1-1    Filed 09/02/25    Page 22 of 24

15.     The MINOR told the SUBJECT he could not come to her house. The MINOR sent a pin location dot on Google maps showing the SUBJECT which park she would be at.

16.     On August 27, 2025, FBI and OSI, and CID agents observed the SUBJECT leaving his residence in a white Toyota pickup truck. The license plate was not registered to the SUBJECT, however, during his interview, the SUBJECT said he purchased the truck in 2022 and did not know why it would not be in his name. The SUBJECT drove from the residence onto the military base. Agents observed the SUBJECT drive back and forth across from the entrance of the park where he was to meet the MINOR. The SUBJECT texted the MINOR and told her to walk away from the park and he would meet her down the street. The MINOR replied how it was pouring down rain. A vehicle traffic stop was initiated by Security Forces. The SUBJECT was detained and transported to OSI for an interview.

17.     The SUBJECT was read his miranda warnings verbatim from the FBI Miranda form. The SUBJECT agreed to waive his rights and speak with the interviewing agents. The SUBJECT took full accountability for his actions to include chatting with the MINOR on August 27, 2025, via social media apps, sending obscene material to a minor, traveling for the purpose to have sex with a minor, and requesting nude photos from a minor. The interview was audio and video recorded.

18.     Subsequently, a Department of Defense Personnel Search record check with phone number 712-767-9512, was registered to the SUBJECT, to include date of birth, social, and picture ID.

Aug 29, 2025

*U.S. v. Ehlert*
3:25-mj-00540-KFR          Page 23 of 24
Case 3:25-mj-00540-KFR     Document 1-1     Filed 09/02/25     Page 23 of 24

## CONCLUSION

19.    For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that EDWARD LOUIS EHLERT has committed the offense of Based upon the information above, your affiant submits that there is probably cause to believe that the SUBJECT, EDWARD EHLERT violated 18 U.S.C. § 2422(b) (attempted enticement and coercion) as described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for EDWARD LOUIS EHLERT's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

_____
Special Agent Wendy Terry
FBI

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) on _____.

_____
HON. _____
U.S. Magistrate Judge
District of Alaska
August 29, 2025