**RECEIVED**
By United States Marshals Service at 8:06 am, Sep 02, 2025

# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11854993
USMS:
Warrant: 2506-0902-0702-J
NCIC: Not entered by USMS

United States of America
v.
Edward Louis Ehlert

Case No. 3:25-mj-00540-KFR

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Edward Louis Ehlert,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b)  Attempted Coercion and Enticement of a Minor

Date: August 29, 2025

City and state: Anchorage, Alaska

Hon. Kyle F. Reardon, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 09/02/2025, and the person was arrested on (date) 08/27/2025
at (city and state) Anchorage, AK.

Date: 09/02/2025

for SA W.Terry (FBI)
*Arresting officer's signature*

G.Adrien (USMS) for W. Terry (FBI)
*Printed name and title*

Case 3:25-mj-00540-KFR   Document 3   Filed 09/02/25   Page 1 of 1